**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00594-REB-KMT

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

SAMUEL ENGINEERING, INC., a Colorado corporation

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE &
CONTINUING TRIAL DATE**

**Blackburn, J.**

This matter is before me on the **Amended Order and Recommendation of United States Magistrate Judge** [#50][1] filed March 5, 2014. No party filed objections to the recommendation. Thus, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the recommendation, I find and conclude that the recommendation should be approved and adopted as an order of this court.

Based on circumstances which have arisen in this case, the magistrate judge recommends that the trial currently set to commence April 21, 2014, be vacated and

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

continued.  Correspondingly, the magistrate judge recommends that the combined Trial Preparation Conference and Final Pretrial Conference set April 4, 2014, at 3:00 p.m. be vacated and continued.  I agree with the recommendation of the magistrate judge.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the recommendation stated in the **Amended Order and Recommendation of United States Magistrate Judge** [#50] filed March 5, 2014, is **APPROVED** and **ADOPTED** as an order of this court; and

2.  That the combined Trial Preparation Conference and Final Pretrial Conference set April 4, 2014 at 3:00 p.m., and the trial set to commence April 21, 2014 at 8:30 a.m., are **VACATED** and **CONTINUED** pending further order.

Dated March 25, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge