**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00594-REB-KMT

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

SAMUEL ENGINEERING, INC., a Colorado corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before the court *sua sponte*.  Having reviewed the record, I find and conclude that this case should be closed administratively.

    On March 5, 2014, the United States Magistrate Judge assigned to this case entered an order [#51][1] granting the joint motion [#43] of the parties to stay proceedings on all claims, except for proceedings on the motions for summary judgment [#20]and [#21].  Those motions were resolved in an order [#52] entered on March 12, 2014.  This insurance coverage dispute is related to underlying litigation pending in the Ontario Superior Court of Justice, Toronto, Ontario, Canada (the underlying litigation).  The parties report that all of the remaining claims in this case are dependent on the facts as developed in the underlying litigation.  Trial on the merits in the underlying litigation will not take place until late 2014 at the earliest.

    Given this landscape, I conclude that this case should be closed administratively pending resolution of the underlying litigation.  Under D.C.COLO.LCivR 41.2,

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

administrative closure will terminate all motions pending in this case.  If this case is reopened for good cause, the parties may seek to renew those motions.

**THEREFORE, IT IS ORDERED** as follows:

1.  That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**, subject to reopening for good cause; and

2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively.

Dated August 1, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge